**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ELAINE L. CHAO, Secretary of Labor | 05-10652 GAO |
| DEFENDANT | TYPE OF PROCESS |
| REVOLI CONSTRUCTION CO., INC. | SUMMONS |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Shawqi Alsarabi, Registered Agent and President

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Revoli Construction Co., Inc.
352 Park Street, Suite 201W, North Reading, MA  01864

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kevin E. Sullivan, Esquire
U.S. Department of Labor - SOL
JFK Federal Building, Room E-375
Boston, MA  02203

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 617-565-2500
DATE: 4/8/05

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No. 38
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 4/11/05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
RECEPTIONIST — KAREN AT ALSARABI

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 4/8/05    Time: 11:30 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 12.41 | — | 57.41 | | | |

REMARKS:

**PRIOR EDITIONS MAY BE USED**       **1. CLERK OF THE COURT**       FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __MASSACHUSETTS__

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

        Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

REVOLI CONSTRUCTION CO., INC.

**05 - 10652 GAO**

        Defendant.

TO: (Name and address of defendant)

    Shawqi Alsarabi, President
    Revoli Construction Co., Inc.
    352 Park Street, Suite 201W
    North Reading, MA  01864

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Kevin E. Sullivan, Esquire
    U.S. Department of Labor - SOL
    JFK Federal Building, Room E-375
    Boston, MA  02203

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

APR 0 4 2005

CLERK

DATE

(BY) DEPUTY CLERK