UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>v.<br><br>REVOLI CONSTRUCTION CO., INC.,<br><br>    Defendant. | CIVIL ACTION FILE NO:<br>05CV10652GAO |

## CONSENT JUDGMENT

Plaintiff having filed a complaint and the defendant, Revoli Construction Co., Inc., having received a copy thereof, admits liability for the indebtedness as set forth in the complaint and consents to the entry of this judgment without contest.

The Court finding as agreed to by defendant, Revoli Construction Co., Inc., that the Occupational Safety and Health Administration is due $65,000.00 plus interest and costs in the amount of $7,000.00 incurred under the Occupational Safety and Health Act of 1970 (84 Stat. § 1590, 29 U.S.C. § 651 et seq.), it is

ORDERED, ADJUDGED and DECREED that defendant, Revoli Construction Co., Inc. is restrained from withholding payment of penalties plus interest and cost in the total amount of $72,000.00 in accordance with the following twelve (12) month installment payment plan.

On or before June 1, 2005, and on the 1st day of each of the following 11 months, defendant shall remit a certified check in the amount of $6,000.00 payable to the Occupational Safety and Health Administration. The checks shall be mailed to Office of the Solicitor, United States Department of Labor, JFK Federal Building, Room E-375, Boston, MA 02203. Defendants failure to timely remit any installment payment shall result in any balance owed on the $72,000.00 to become immediately due and owing.

It is further ORDERED, ADJUDGED and DECREED that each party shall bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

Dated 4/29/____, 2005

_____
United States District Judge

Defendant hereby consents to
the entry of this judgment.

_____
Authorized Representative of
Revoli Construction Co., Inc.

Plaintiff moves for entry of
this judgment.

Howard M. Radzely
Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

_____
Kevin E. Sullivan
Attorney

U.S. Department of Labor
Attorneys for Plaintiff